IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| NORTHERN HOSPITAL DISTRICT OF SURRY COUNTY and SURRY REGIONAL HEALTH SERVICES, INC., | ) ) ) ) | CIVIL ACTION NO. 3:14-CV-00429 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTH GROUP INC. and UNITEDHEALTHCARE OF NORTH CAROLINA, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' Motion for Temporary Restraining Order (Doc. No. 2). **The Court will conduct a hearing on this matter at 10:30 a.m. on Monday, August 11, 2014 in Courtroom 3 at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.** At that hearing, the Court will consider whether to issue a temporary restraining order in this matter. Plaintiffs' counsel is directed to contact Defendants and notify them of the time and place of this hearing.

**SO ORDERED.**

Signed: August 8, 2014

Graham C. Mullen
United States District Judge